# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## MEMORANDUM

TO: David Copperthite
Assistant U.S. Attorney

Jimmie Troutman
Reg. No. 41278-037
FCI Coleman Medium
Federal Correctional Institution
P.O. Box 1032
Coleman, FL 33521

DATE: December 1, 2015

FROM: Judge Catherine C. Blake

SUBJECT: USA v. Jimmie Troutman, CCB-04-0144

---

I agree that Jimmie Troutman is not eligible for a reduction under Amendment 782 because he was sentenced as a career offender. An Order follows denying that request.

Separately, it appears that Mr. Troutman's § 2255 motion is not subject to the *Johnson* stay. Please confirm at your convenience.

cc: AFPD Paresh Patel